## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-20226 JAD |
| | ) | |
| Gale L. Neal and | ) | Chapter 13 |
| Cheryl D. Neal, | ) | |
|     Debtors, | ) | Doc No. |
| | ) | |
| Gale L. Neal and | ) | |
| Cheryl D. Neal | ) | |
|     Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
|     Respondent | ) | |

## REPORT OF FINANCING

AND NOW COMES, Debtors, Gale L. Neal and Cheryl D. Neal, by and through his undersigned counsel and files the within report of financing and avers as follows:

1. On or about November 30, 2016, this honorable court entered a modified order approving the Debtors Motion for Post-Petition Financing.

2. At this time the Debtors cannot afford a down payment or any additional monthly payments or increased expenses, and therefore, Debtors have decided to not purchase a replacement vehicle.

3. No amended plan will be filed.

    Respectfully Submitted,

    /s/Dennis J. Spyra
    Dennis J. Spyra, Esquire
    PA ID No. 46188
    1711 Lincoln Way
    White Oak, PA 15131
    412-673-5228
    attorneyspyra@dennisspyra.com