Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gale L. Neal**
**Cheryl D Neal**
Debtor(s)

Bankruptcy Case No.: 16–20226–JAD

Chapter: 13
Docket No.: 59 – 53
Concil. Conf.: January 4, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 13, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 28, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 4, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 29, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gale L. Neal
Cheryl D Neal
    Debtors

Case No. 16-20226-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jfur    Page 1 of 2    Date Rcvd: Sep 29, 2017
                   Form ID: 410    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.

```
db/jdb         +Gale L. Neal,    Cheryl D Neal,    1908 Vermont Avenue,    West Mifflin, PA 15122-3927
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14237902        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14200958       +Borough of West Mifflin/West Mifflin Area SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14167710        Comcast,    c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    Renton, WA 98057-4975
14167712       +Community College of Allegheny County,    c/o TEK Collect,    871 Park Street,
                 Columbus, OH 43215-1441
14200959       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14167714       +DLJ Mortgage,    11 Madison Avenue,    New York, NY 10010-3629
14241248        DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14167715       +Dollar Bank,    P.O. Box 1075,    Pittsburgh, PA 15230-1075
14167716       +Federal Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
14240769       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861,
                 Attn: Dawn Lindner
14239103       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14167718       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14174404       +Santander Consumer USA INC,    PO BOX 560284,    Dallas, TX 75356-0284
14199635        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14194371        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14167719        US Department of Education,    P.O. Box 7860,    Madison, WI 53707-7860
14235996       +Univ of Pittsburgh Physicians,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14167720        Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
14167721       +Verizon,    500 Technology Drive, Suite 30,    Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14203470        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2017 01:08:55
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14167711       +E-mail/Text: bankruptcy@sw-credit.com Sep 30 2017 01:07:03       Comcast,
                 c/o Southwest Credit Systems,    4120 International Parkway,    Carrollton, TX 75007-1957
14167713        E-mail/PDF: creditonebknotifications@resurgent.com Sep 30 2017 01:08:19       Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14241248        E-mail/Text: jennifer.chacon@spservicing.com Sep 30 2017 01:07:43
                 DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14241431       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 30 2017 01:07:39       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14167717        E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2017 01:07:25       Fingerhut/Webbank,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14200982        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2017 01:08:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14203329        E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2017 01:06:47
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14224921        E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2017 01:06:47
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of West Mifflin
cr              DLJ Mortgage Capital, Inc.
cr              Duquesne Light Company
cr              West Mifflin Area School District
14167722*      +Verizon,    500 Technology Drive, Suite 30,    Saint Charles, MO 63304-2225
                                                                                TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: jfur              Page 2 of 2               Date Rcvd: Sep 29, 2017
                               Form ID: 410            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
          Dennis J. Spyra    on behalf of Joint Debtor Cheryl D Neal attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra    on behalf of Debtor Gale L. Neal attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    West Mifflin Area School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of West Mifflin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```