# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-20226 JAD |
| | ) | |
| Gale L. Neal and | ) | Chapter 13 |
| Cheryl D. Neal, | ) | |
|     Debtors, | ) | Doc No. |
| | ) | |
| Gale L. Neal and | ) | |
| Cheryl D. Neal | ) | |
|     Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

    I, Melanie Rozgonyi, Legal Assistant to, Dennis J. Spyra, Esquire do hereby certify that I have served a copy of the within ***Response to Trustee's Certificate of Fault Requesting Dismissal of Case*** upon the following individuals via first class US Mail this 13th day of November, 2017.

Office of the US Trustee
1001 Liberty Avenue
Liberty Ctr., Ste. 970
Pittsburgh, PA  15222

Ronda J. Winnecour
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

| | |
|---|---|
| Dated: November 13, 2017 | By:/s/Melanie Rozgonyi |
| | Melanie Rozgonyi, Legal Assistant to |
| | Dennis J. Spyra, Esquire |
| | PA ID # 46188 |
| | 119 First Avenue |
| | Pittsburgh, PA  15222 |
| | 412-471-7675 |
| | attorneyspyra@dennisspyra.com |