# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GALE L. & CHERYL D NEAL |
| **Case Number:** | 16-20226-JAD    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 04, 2018 09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/8/18 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#53 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  53 / 0

### *Appearances:*

Debtor: *Spyra*
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: Resolved through Recommended order

12/28/201  11:01:02 AM