UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Case No. 16-20226JAD
GALE L. NEAL                                        Chapter 13
CHERYL D NEAL
            Debtor(s)
Ronda J. Winnecour, Trustee                         Related to Document No. __53__
            Movant
    vs.
GALE L. NEAL
CHERYL D NEAL
            Respondent(s)

## ORDER

AND NOW, this __8th__ day of _____January_____, 20__18__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐       This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐       This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.      Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.      This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)    the time deadline provided by state law; or

(2)    30 days after the date of this notice.

☒    This case is not dismissed. The plan term is extended to a total of *N/A* months; the monthly plan payment amount is changed to $ *1717* effective *1/18* .

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐    Other: _____
_____
_____
_____
_____
_____
_____

FILED
1/8/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Dated : _____

BY THE COURT:

_____
United States Bankruptcy Judge        **4**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-20226-JAD
Gale L. Neal                                                        Chapter 13
Cheryl D Neal
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 2          Date Rcvd: Jan 08, 2018
                             Form ID: pdf900       Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
```
db/jdb        +Gale L. Neal,   Cheryl D Neal,   1908 Vermont Avenue,   West Mifflin, PA 15122-3927
cr            +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
               Pittsburgh, PA 15212-5861
14237902       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 5008,
               Carol Stream, IL  60197-5008
14200958      +Borough of West Mifflin/West Mifflin Area SD,   c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14167710       Comcast,   c/o Convergent Outsourcing, Inc.,   800 SW 39th Street,   Renton, WA 98057-4975
14167712      +Community College of Allegheny County,   c/o TEK Collect,   871 Park Street,
               Columbus, OH 43215-1441
14200959      +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14167714      +DLJ Mortgage,   11 Madison Avenue,   New York, NY 10010-3629
14167715      +Dollar Bank,   P.O. Box 1075,   Pittsburgh, PA 15230-1075
14167716      +Federal Loan Servicing,   P.O. Box 60610,   Harrisburg, PA 17106-0610
14240769      +Peoples Natural Gas Company LLC,   225 North Shore Drive,   Pittsburgh, PA 15212-5861,
               Attn: Dawn Lindner
14239103      +Peoples Natural Gas Company LLC Equitable Division,   225 North Shore Drive,
               Pittsburgh, PA 15212-5860,   Attn: Dawn Lindner
14167718      +Santander Consumer USA,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14174404      +Santander Consumer USA INC,   PO Box 560284,   Dallas, TX 75356-0284
14199635       U.S. Department of Education,   c/o Fedloan Servicing,   P.O. Box 69184,
               Harrisburg, PA 17106-9184
14194371       US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
14167719       US Department of Education,   P.O. Box 7860,   Madison, WI 53707-7860
14235996      +Univ of Pittsburgh Physicians,   6681 Country Club Drive,   Golden Valley MN 55427-4601
14167720       Verizon,   500 Technology Drive, Suite 300,   Saint Charles, MO 63304-2225
14167721      +Verizon,   500 Technology Drive, Suite 30,   Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14203470       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2018 02:10:00
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14167711      +E-mail/Text: bankruptcy@sw-credit.com Jan 09 2018 02:00:07    Comcast,
               c/o Southwest Credit Systems,   4120 International Parkway,   Carrollton, TX 75007-1957
14167713       E-mail/PDF: creditonebknotifications@resurgent.com Jan 09 2018 02:03:43    Credit One Bank,
               P.O. Box 98873,   Las Vegas, NV 89193-8873
14241248       E-mail/Text: jennifer.chacon@spservicing.com Jan 09 2018 02:01:04
               DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14241431      +E-mail/Text: kburkley@bernsteinlaw.com Jan 09 2018 02:00:47    Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14167717       E-mail/Text: bnc-bluestem@quantum3group.com Jan 09 2018 02:00:41    Fingerhut/Webbank,
               6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14200982       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2018 02:03:18
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14203329       E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2018 01:59:46
               Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
14224921       E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2018 01:59:47
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                      TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of West Mifflin
cr              DLJ Mortgage Capital, Inc.
cr              Duquesne Light Company
cr              West Mifflin Area School District
14167722*     +Verizon,   500 Technology Drive, Suite 30,   Saint Charles, MO 63304-2225
                                                                          TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel            Page 2 of 2           Date Rcvd: Jan 08, 2018
                             Form ID: pdf900        Total Noticed: 29
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
          Dennis J. Spyra    on behalf of Joint Debtor Cheryl D Neal attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra    on behalf of Debtor Gale L. Neal attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          James  Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    West Mifflin Area School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of West Mifflin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 10
```