# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRCT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 16-20226 JAD |
| ) | |
| **Gale L. Neal and** ) | Chapter 13 |
| **Cheryl D. Neal,** ) | |
|     Debtors, ) | Doc No. |
| ) | |
| ) | Related to Doc No. 68 |
| **Gale L. Neal and** ) | |
| **Cheryl D. Neal** ) | |
|     Movants, ) | |
| ) | |
|     v. ) | |
| ) | |
| **RONDA J. WINNECOUR, TRUSTEE,** ) | |
| ) | |
|     Respondent ) | |

## CERTIFICATE OF SERVICE

I, Melanie Rozgonyi, Legal Assistant to, Dennis J. Spyra, Esquire do hereby certify that I have served a copy of the within *Amended Order to Pay Trustee* upon the following individuals via first class US Mail this 12th day of January, 2018.

Car Parts Warehouse
Attn: Payroll Department
5200 West 130th Street
Brook Park, OH 44142

Office of the US Trustee
1001 Liberty Avenue
Liberty Ctr., Ste. 970
Pittsburgh, PA  15222

Ronda J. Winnecour
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Gale L. Neal and Cheryl D. Neal
1908 Vermont Avenue
West Mifflin, PA 15122

Dated: November 13, 2017          By:/s/Melanie Rozgonyi
                                  Melanie Rozgonyi, Legal Assistant to
                                  Dennis J. Spyra, Esquire
                                  PA ID # 46188
                                  119 First Avenue
                                  Pittsburgh, PA  15222
                                  412-471-7675
                                  attorneyspyra@dennisspyra.com