## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-20226 JAD |
| | ) | |
| Gale L. Neal and | ) | Chapter 13 |
| Cheryl D. Neal, | ) | |
|     Debtors, | ) | Doc No. |
| | ) | |
| | ) | Related to Doc No. 72 |
| Gale L. Neal and | ) | |
| Cheryl D. Neal | ) | |
|     Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
|     Respondent | ) | |

### CERTIFICATE OF SERVICE

    I, Melanie Rozgonyi, Legal Assistant to, Dennis J. Spyra, Esquire do hereby certify that I have served a copy of the within *Amended Order to Pay Trustee* upon the following individuals via first class US Mail this 18th day of January, 2018.

Car Parts Warehouse
Attn: Payroll Department
5200 West 130th Street
Brook Park, OH 44142

Office of the US Trustee
1001 Liberty Avenue
Liberty Ctr., Ste. 970
Pittsburgh, PA  15222

Ronda J. Winnecour
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Gale L. Neal and Cheryl D. Neal
1908 Vermont Avenue
West Mifflin, PA 15122

Dated: <u>January 18, 2017</u>    By:<u>/s/Melanie Rozgonyi</u>
    Melanie Rozgonyi, Legal Assistant to
    Dennis J. Spyra, Esquire
    PA ID # 46188
    119 First Avenue
    Pittsburgh, PA  15222
    412-471-7675
    attorneyspyra@dennisspyra.com