2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-20226-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Gale L. Neal
1908 Vermont Avenue
West Mifflin PA 15122

Cheryl D Neal
1908 Vermont Avenue
West Mifflin PA 15122

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/15/2018.

Name and Address of Alleged Transferor(s):

Claim No. 19: DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/20/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gale L. Neal
Cheryl D Neal
    Debtors

Case No. 16-20226-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Jun 18, 2018
                    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14241248      E-mail/Text: jennifer.chacon@spservicing.com Jun 19 2018 02:11:42
        DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
        Salt Lake City, UT 84165-0250
                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
        Dennis J. Spyra   on behalf of Debtor Gale L. Neal attorneyspyra@dennisspyra.com,
         deborah@dennisspyra.com;missdebrastone@msn.com
        Dennis J. Spyra   on behalf of Joint Debtor Cheryl D Neal attorneyspyra@dennisspyra.com,
         deborah@dennisspyra.com;missdebrastone@msn.com
        James Warmbrodt   on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   West Mifflin Area School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Borough of West Mifflin jhunt@grblaw.com,
         cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                TOTAL: 10