**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gale L. Neal** | : | Case No. 16−20226−JAD |
| **Cheryl D Neal** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 79 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 14th of March, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 16-20226-JAD
Gale L. Neal                                                                            Chapter 13
Cheryl D Neal
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: 309            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db/jdb         +Gale L. Neal,    Cheryl D Neal,    1908 Vermont Avenue,    West Mifflin, PA 15122-3927
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14237902        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14200958       +Borough of West Mifflin/West Mifflin Area SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14167712       +Community College of Allegheny County,    c/o TEK Collect,    871 Park Street,
                 Columbus, OH 43215-1441
14200959       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14167714       +DLJ Mortgage,    11 Madison Avenue,    New York, NY 10010-3629
14167715       +Dollar Bank,    P.O. Box 1075,    Pittsburgh, PA 15230-1075
14167716       +Federal Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
14240769       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14239103       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14865351       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14199635        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14194371        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14167719        US Department of Education,    P.O. Box 7860,    Madison, WI 53707-7860
14235996       +Univ of Pittsburgh Physicians,    6681 Country Club Drive,    Golden Valley MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14203470        EDI: AIS.COM Mar 15 2019 06:43:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14167710       +EDI: CONVERGENT.COM Mar 15 2019 06:43:00      Comcast,    c/o Convergent Outsourcing, Inc.,
                 800 SW 39th Street,    Renton, WA 98057-4927
14167711       +EDI: SWCR.COM Mar 15 2019 06:43:00     Comcast,    c/o Southwest Credit Systems,
                 4120 International Parkway,    Carrollton, TX 75007-1957
14167713        EDI: RCSFNBMARIN.COM Mar 15 2019 06:43:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14241248        E-mail/Text: jennifer.chacon@spservicing.com Mar 15 2019 02:49:20
                 DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14241431       +E-mail/Text: kburkley@bernsteinlaw.com Mar 15 2019 02:49:13     Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14167717        EDI: BLUESTEM Mar 15 2019 06:43:00     Fingerhut/Webbank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14200982        EDI: RESURGENT.COM Mar 15 2019 06:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14203329        EDI: Q3G.COM Mar 15 2019 06:43:00     Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14224921        EDI: Q3G.COM Mar 15 2019 06:43:00     Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14167718       +EDI: DRIV.COM Mar 15 2019 06:43:00     Santander Consumer USA,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
14174404       +EDI: DRIV.COM Mar 15 2019 06:43:00     Santander Consumer USA INC,    PO BOX 560284,
                 Dallas, TX 75356-0284
14167721       +EDI: VERIZONCOMB.COM Mar 15 2019 06:43:00      Verizon,    500 Technology Drive, Suite 30,
                 Saint Charles, MO 63304-2225
14167720        EDI: VERIZONCOMB.COM Mar 15 2019 06:43:00      Verizon,    500 Technology Drive, Suite 300,
                 Saint Charles, MO 63304-2225
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of West Mifflin
cr              DLJ Mortgage Capital, Inc.
cr              Duquesne Light Company
cr              U.S. Bank Trust National Association, as Trustee o
cr              West Mifflin Area School District

```
District/off: 0315-2           User: jhel              Page 2 of 2              Date Rcvd: Mar 14, 2019
                               Form ID: 309            Total Noticed: 30

14167722*      +Verizon,   500 Technology Drive, Suite 30,   Saint Charles, MO 63304-2225
                                                                                TOTALS: 6, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:

```
          Dennis J. Spyra    on behalf of Joint Debtor Cheryl D Neal attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra    on behalf of Debtor Gale L. Neal attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          James  Warmbrodt     on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    West Mifflin Area School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of West Mifflin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```