**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GALE L. NEAL<br>CHERYL D NEAL<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-20226 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/26/2016 and confirmed on 03/09/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,562.82 |
| Less Refunds to Debtor | 350.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,212.82 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,884.87 | |
| 　Trustee Fee | 1,485.36 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,370.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>　Acct: 8055 | 0.00 | 16,683.42 | 0.00 | 16,683.42 |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>　Acct: 8055 | 16,016.76 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>　Acct: A213 | 270.08 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>　Acct: 1666 | 20,674.02 | 11,079.49 | 2,079.68 | 13,159.17 |
| | | | | 29,842.59 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ<br>　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GALE L. NEAL<br>　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GALE L. NEAL<br>　Acct: | 350.00 | 350.00 | 0.00 | 0.00 |
| DENNIS J SPYRA & ASSOCIATES<br>　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DENNIS J SPYRA ESQ | 3,100.00 | 2,884.87 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST MIFFLIN ASD & WEST MIFFLIN BOR | 264.50 | 0.00 | 0.00 | 0.00 |
| Acct: 9746 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 58 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5204 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3090 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 625.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2817 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1671 | | | | |
| US DEPARTMENT OF EDUCATION | 53,201.09 | 0.00 | 0.00 | 0.00 |
| Acct: 8952 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO F | 309.77 | 0.00 | 0.00 | 0.00 |
| Acct: 6848 | | | | |
| US DEPARTMENT OF EDUCATION** | 12,131.43 | 0.00 | 0.00 | 0.00 |
| Acct: 5584 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 2,029.86 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 394.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9714 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 169.28 | 0.00 | 0.00 | 0.00 |
| Acct: 2725 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 65.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3973 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 585.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5692 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 78.95 | 0.00 | 0.00 | 0.00 |
| Acct: 6049 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 181.36 | 0.00 | 0.00 | 0.00 |
| Acct: 9712 | | | | |
| UNIVERSITY OF PITTSBURGH- PHYSICIAN | 295.13 | 0.00 | 0.00 | 0.00 |
| Acct: 5584 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 1,019.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9608 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 38.53 | 0.00 | 0.00 | 0.00 |
| Acct: 6324 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,056.45 | 0.00 | 0.00 | 0.00 |
| Acct: 5043 | | | | |
| DUQUESNE LIGHT COMPANY* | 704.19 | 0.00 | 0.00 | 0.00 |
| Acct: 8952 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                      29,842.59

TOTAL CLAIMED
PRIORITY            264.50
SECURED          36,960.86
UNSECURED        72.886.32

Date: 04/01/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com